Kirkpatrick, Wm
C-91406

3-23-08

N. dist. Court

Clerk : R.W. Wicking

CLERK, U.S.
N. THERN DISTRICT COURT
CALIFORNIA

MAR 27 PM 2:00

Re. Habeas. CV 08-1393 VRW

Dear Clerk,

Enclosed find ;

1- Letter to Sanquentin condemned counselor Ms. Mincey - copy
1- Trust account withdrawal order form, - copy

Proof of a good faith effort to provide the March 18, 08
requested $5 — filing fee.
Please note it on the record.

yours truly

Will Kirkpatrick

William Kirkpatrick Jr.

C-91406

3-2008

a.l.c Condemned Counselor.

Ms. Mincy   CC1

Re: Releasing of funds for legal fees

Dear Ms. Mincy

Enclosed find

1- Trust account withdrawal order form.

1- Copy of N. Dist court, request for $5 $$ filing fee

1- envelope with the courts address written on it and a bare
writ page inside identifying the purpose of the "check".

Please have SQ. Trust office put the "check" in the
envelope, "seal" the envelope, and "mail" the envelope.
And please let me know when this is done.

Thank you,

Will Kirkpatrick

William Kirkpatrick Jr.

C-91406

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date __3-2 o - - 8__ 19__2 o o 8__

To:  Warden                    Approved ----------------------------------------

I hereby request that my Trust Account be charged $__5 o o_____for the purpose stated below and authorize
the withdrawal of that sum from my account:

_____C - 9 1 4 o 6_____
NUMBER

_____Will Ackpertual p_____
NAME (Signature please,  DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE__Legal Fees_____

_____

_____

_____

PRINT PLAINLY BELOW  name and address of person
to whom check is to be mailed.

NAME__Clerk U.S. dist Ct__

ADDRESS__N. dist. of calif.__

__450 Golden Gate Ave__

__SF calif.    94102__

__William Kirkpatrick Jr__
PRINT YOUR FULL NAME HERE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

08 MAR 27  PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

VRW

Legal Mail 3-25-08

Kirkpatrick
C-91406
San Quentin Ca
94974

Legal
Mail
Confidential