MC-275

Name: William Kirkpatrick Jr.
Address: P.O. Box C-91406
San Quentin Cal. 94974

Visually Impaired author

CDC or ID Number: C-91406

RECEIVED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern Dist Ct of Calif
(Court)

WILLIAM KIRKPATRICK, JR.,
Petitioner
vs.
Robert Ayers Warden
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. C08-1393 VRW
(To be supplied by the Clerk of the Court)

Request for Court order to FBI to respond to my criminal complaint immediately. 5 pages of evidence attached

Petitioner William Kirkpatrick Jr. requests this court order the FBI to respond to a criminal complaint filed Feb 24 2008 and its 2 follow up letters dated 3-25-08 and 4-10-08 — attached.

This same complaint is being reviewed under a different case in this court building # CV08-1393-VRW

I require immediate relief please.

I request pardon for not supplying fund withdrawal authorization. But as of yesterday S.Q. (san quentin) decided I aint got no S.Q. forms coming! This reprisal is an extension of this complaint!

I swear under penalty of perjury the forgoing is true and correct and will testify to it in a court of law

Sworn at
S Q prison
on 5-1-08

William Kirkpatrick Jr.
C-91406

P 1.F5

William Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

2-24-08

# FBI
## FACT SHEET

1- I am William Kirkpatrick Jr.. I am 47 years old.
2- I am a condemned inmate at San Quentin prison # C-91406
3- I have been in San Quentin since 1984
4- I have been in the unit known as the adjustment center (a/c)-
5- since 1990.
6- I am the victim of a jew supremest white racist conspiracy.
7- I am innocent.
8- I am being denied the right to prove my innocence.
9- I am half black half mexican.
10- I am a follower/believer of/in Islam.
11- I am being psychologically tortured as a result of my race and relig-
12- ious beliefs.
13- I am half blind and light sensitive in my remaining eye. I require
14- both dark glasses and reading glasses.
15- I have been denied decent medical care for years.
16- I have been brutally assaulted by prison staff - unprovoked - and
17- have ankle, knee, and shoulder injuries.
18- I am suffering the exploitation of these injuries by the guards.
19- I have been informed the medical dept is rewriting all my medical
20- files, this to accommodate the guards claim that I'm "fine".
21- I'm having my food drugged. This has been acknowledged by
22- prison psyc dept staff, during investigative depositions.
23- I'm in the process of relieving my appellate FPD counsel and
24- going pro se.
25- I am being further tortured as a result of this action.
26- I have had several attempts made on my life by the guards.

2-24-08

over

2-24-08

27- I have until now - been obstructed in my efforts to get the guards
28- / perpetrators put in jail.
29- I have had all my legal documents taken from me.
30- I have been denied law library unless I go half naked in shower
31- shoes and leg irons.
32- I have been denied access to N.A.A.C.P., Nation of Islam, and
33- various black legal agencies and black media.
34- I have been denied the right to contact my family.

Proof of immediacy is obvious.

I swear under penalty of perjury the forgoing is true and correct and will testify to it in a court of law.

written/sworn at:
San Quentin state prison
San Quentin Cal 94964
on May 1, 2008

Will Kirkpatrick Sr
William Kirkpatrick Sr
C-91406

P2.F3

William Kirkpatrick Jr.
C-91406
San Quentin Cal 94974

2-24-08

# F.B.I.

Re: Racist/Religious conspiracy to violate/deny my constitutional rights

1- On Feb 1, '08 I got an order from cent. dist. ct jdg-senior-William Duffy Keller- to meet with court approved/accepted psyciatrist Dr. Michael Maloney on Feb 22 2008.

2- Around Feb 12, or 13, 08 san quentin adjustment center (S.Q.A.C) guards on orders from facility Capt. R. Fox doped my food.

3- I felt 'agitated', 'powerful', 'hyper aware'. My urine was light brown and very 'rank' smelling. I was practically not sleeping at all - light naps. I had 'pimples' on my face.

4- S.Q. guards Capt. Fox, Lt. Schlosser, Sgt Bickam, C/o Zeiller, C/o Novak, C/o Menaoss, C/o Pureco, C/o Millender, C/o Guthrie, C/o Slipsayer, C/o Adamile, C/o Miguel, C/o Swain, C/o Barocio, Appeals coordinater Padilla, condemned counselor Mincey went on a 3 week campaigne to psycologically coerce a violent act from me.

5- They did not and do not want me meeting with any court appointed personnel.

6- I patiently waited.

7- On Feb 19, 2008 when the 'pimples' and 'lack of sleep' got out of control I demanded via "emergency institutional appeal" a blood test.

8- To date 'no response' to the appeal - BUT the 'pimples' have abated.

9- On Feb 22, 2008 per Kellers 'order' at 10:30 I was told of my psyc visit by C/o Wagner.

10- Per Kellers 'order' it was to be 'video taped'.

11- Capt. Fox, with Sgt Bickam - on the 'camera' duty - arrived with C/o Zeiller and C/o Novak and asked if I wanted to go to my

p 3 of 5

William Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

2-24-08 psyc visit.

12- I said "Yes" on camera.

13- Then Capt Fox and C/O Zeillor refused to allow me to go to the "visiting room" - across the compound unless I went with no pants or shoes.

14- I demanded to be fully dressed. Capt. Fox said "No" and denied - Violated - the court order and refused to take me.

15- He walked away telling the camera I'm not going to get my court order honored cause I refuse to comply with unit policy.

16- I did not get the court ordered visit on Feb 22nd 08 due to Capt. Fox, C/O Zeillor, C/O Novak and Sgt Bickams pre planned stunt.

17- Approx 2 hours after Fox and the others left warden Ayers came to my cell. I demanded to contact the FBI to report this federal crime. Warden Asshole laughed and said " You're not getting shit nigger. White christians are gonna represent you wether you like it or not. And white christians are gonna fuck you wether you like it or not. Fuck you, Fuck allah, and Fuck niggers period. Now go file a 602, instit. appeal, about that." He then walked away. Note: That's word for word. He does that.

18- I'm not filing a 602. San Quentin isn't responding to them anyway.

19- I wish an investigation. I wish to press charges.

I swear under penalty of perjury the forgoing is true and correct and will testify to it in a court of law.

sworn at
San Quentin State prison
San Quentin Cal 94964

Will Kirkpatrick
William Kirkpatrick Jr.
C-91406

3-25-08

Wm Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

Re: whereabouts and/or update/status report to my Feb 24 08 criminal complaint

Dear sirs/maams,

On Feb 22 08 a Fed. court order was violated for racial religious reasons. On Feb 24 2008 I filed a criminal/civil rights complaint with this office.

I'd sent it to 'Special agent in charge' Mr. Bruce J. Gebhart. and 'supervising senior resident agent' Mr. John A. Steiner.

I'd had other civil matters in this office before and they were the ones that dealt with them several years ago. case # SF 282-0

It has now been a month since this current civil complaint. Please let me know what its disposition is.

Yours truly,

William Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

W.K., Jr.
C-91406
San Quentin Ca
94974

Re: Feb. 24, 2008 and March 25, 2008 crim. complaints.

Dear Sirs/ma'ams,

On Feb 24 08 and march 25 08 I wrote you a criminal complaint regarding "racially motivated criminal campaigns of torture" and a follow up letter respectively.

The letter had been sent with special agent in charge Bruce J Gebhart and supervising senior resident agent John A. Steiner (s) names on the envelopes.

It is now a month and a half since these issues occurred!!

Please let me know what if any action is being taken! If more information is required ask!

Yours truly,

William Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

William Kirkpatrick Jr.
P.O. box C-91406
San Quentin Ca. 94974

Legal
Mail
confidential

Emergency:
Death
Penalty

Office of the Clerk
Northern District of California
450 Golden Gate Avenue
SF Cal. 94102

CV 08-1393-VRW

9410283661 0004