IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KIRKPATRICK, Jr., | No. C 08-1393 VRW |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| ROBERT L. AYERS, | |
| Respondent. | |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the court's order dismissing the case, judgment is entered in favor of the respondent.

Dated: May 23, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Kirkpatrick,

        Petitioner,

  v.

Ayers, et al,

        Respondent.
                               /

Case Number: C08-1393 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Kirkpatrick C-91406
San Quentin Prison
San Quentin, CA 94964

Dated: May 23, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk