MC–275

Name William Kirkpatrick Jr.

Address P.O. box C-91406

San Quentin Ca. 94974

CDC or ID Number C-91406

N. District Court
of California
(Court)

FILED
08 MAY 21 PM 12:43

PETITION FOR WRIT OF HABEAS CORPUS for order of restraint

William Kirkpatrick Jr.
Petitioner

vs.

No. CV 08-1393-VRW
(To be supplied by the Clerk of the Court)

Robert L. Ayers - warden
Respondent

Request for cease & desist order to San Quentin (SQ) or show good cause why it's necessary for petitioner to travel in-jured and half naked across the compound to attend legal law library.

Petitioner requests this court order San Quentin (SQ) prison to cease and desist the unconstitutional practice of denying [me] law library unless [I] go half naked with leg irons and handcuffs.

Petitioner further suffers from leg and shoulder injuries sustained during a racial religious assault by SQ guards on June 3, 2007.

Petitioner in fact sent this court an emergency writ regarding that "cowardly attack" by "nine white christians - and one jew", on June 4 2007 requesting "emergency intervention and medical care" to date this court has refused all efforts to address that writ!

[I've] still not gotten any medical relief to date! Despite institutional appeals that SQ is "deliberately" taking 11 months or more to respond to at the early levels which aren't supposed to take more than 25 working days - combined - for informal and 1st level responses. 52 days for the entire process.

It is also demeaning to have to "parade" around like that!

P. 1 - F 2

1  Especially in front of the female pigs-'guards', Do the
2  females at "womens" institutions have to travel around in
3  their "underwear" in front of the male guards?
4  [I] am - as this court knows - in the midst of very sensitive
5  legal matters. This denial of law library is causing [me] and
6  the court undue, unnecessary hardship - and in[my]case
7  pain!
8  This court wants forma pauperis's and multiple copies, and
9  authorities, as [I] sit here I can provide none of these
10  things!
11  After 25 years [I've] been here S.Q. suddenly decides to put
12  this so called "policy" in place!? B.S.! This "policy" of theirs
13  is yet another effort to discourage inmates from seeking
14  judicial relief! The only avenue any citizen has!
15  Petitioner requests specifically, Cease, desist, and compel order
16  1- As. pertaining to William kirkpatrick Jr. cease unit policy
17  of semi dressed law library.
18  2- allow [me] to attend law library, fully dressed - especially
19  with "high top" shoes for medically necessary ankle support.
20  3- Show cause as to why S.Q. should not comply with
21  this courts order.
22
23  I swear under penalty of perjury the forgoing is true and
24  correct and will testify to it in a court of law.
25  Signed at
26  San Quentin prison                        Will Kirkpatrick
27  on May 17, 2008                           William Kirkpatrick Jr.
28                                            COCKRAC-91446

P. 2-F2

From:

Name Kirkpatrick
(please print)

Address C-61906 Apt #

City San Quentin State Ca Zip 94974

Legal
Mail
Confidential

U.S. District Court
For the
Northern District of California
450 GOLDEN GATE AVE
S.F. Cal. 94102
# CV 08-1393-VRW



02 1M
0004248283   MAY 20  2008
MAILED FROM ZIP CODE 94964

UNITED STATES
USA 1¢
$ 00.00

94102∷366i   0004