MC-275

Name William Kirkpatrick Jr.
Address P.O. box C-91406
San Quentin Ca. 94974

CDC or ID Number C-91406

FILED
08 MAY 21 PM 12:43
[CLERK] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

N. District Court
of California
(Court)

PETITION For order of restraint ~~for writ of habeas corpus~~

Petitioner: William Kirkpatrick Jr.

vs.

Respondent: Robert L. Ayers - warden

No. CV08-1393-VRW
(To be supplied by the Clerk of the Court)

Request for cease + desist order to San Quentin (S.Q.) or show good cause why it's necessary for petitioner to travel injured and half naked across the compound to attend legal law library.

Petitioner requests this court order San Quentin (S.Q.) prison to cease and desist the unconstitutional practice of denying [me] law library unless [I] go half naked with leg irons and handcuffs. Petitioner further suffers from leg and shoulder injuries sustained during a racial religious assault by S.Q. guards on June 3, 2007. Petitioner in fact sent this court an emergency writ regarding that "cowardly attack" by "five white christians - and one jew", on June 4 2007 requesting "emergency intervention and medical care" to date this court has refused all efforts to address that writ! [I've] still not gotten any medical relief to date! Despite institutional appeals that S.Q. is "deliberately" taking 11 months or more to respond to at the early levels which aren't supposed to ~~take~~ take more than 25 working days - combined - for informal and 1st level responses. 52 days for the entire process.
It is also demeaning to have to "parade" around like that!

P. 1. F 2

1. Especially in front of the female pigs-guards. Do the
2. females at "womens" institutions have to travel around in
3. their "underwear" in front of the male guards?
4. [I] am - as this court knows - in the midst of very sensitive
5. legal matters. This denial of law library is causing [me] and
6. the court undue, unnecessary hardship - and in [my] case
7. pain!
8. This court wants forma pauperis's and multiple copies, and
9. authorities, as [I] sit here I can provide none of these
10. things!
11. After 25 years [I've] been here S.Q. suddenly decides to put
12. this so called "policy" in place!? B.S.! This "policy" of theirs
13. is yet another effort to discourage inmates from seeking
14. judicial relief! The only avenue any citizen has!
15. Petitioner requests specifically, cease, desist, and compel order
16. 1- As pertaining to William Kirkpatrick Jr. cease unit policy
17. of semi dressed law library.
18. 2- Allow [me] to attend law library fully dressed - especially
19. with "high top" shoes for medically necessary ankle support.
20. 3- Show cause as to why S.Q. should not comply with
21. this courts order.
22. 
23. I swear under penalty of perjury the forgoing is true and
24. correct and will testify to it in a court of law.
25. Signed at
26. San Quentin prison
27. on May 14 2008                    William Kirkpatrick Jr.
28.                                   CDC#C-91446

P. 2-F2

From:
Name: Kirkpatrick
(please print)
Address: C-91406           Apt #
City: San Quentin  State: Ca   Zip 94974

Legal
Mail
Confidential

U.S. District Court
For the
Northern District of California
450 GOLDEN GATE AVE
S.F. Cal. 94102
# CV08-1393-VRW

9410283861 0004



02 1M
0004248283
MAILED FROM ZIPCODE 94964
MAY 20 2008
$00.00
USA
PITNEY BOWES