Sight Impaired author

MC–275

1  Name William Kirkpatrick Jr.
2  Address P.O. box C-91406
3  San Quentin Ca 94974
4
5  CDC or ID Number C-91406

FILED
JUN -4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6        N. dist. court
7        of california
                (Court)

8                                           PETITION FOR ~~Writ~~ Rehearing
9  William Kirkpatrick Jr.
   Petitioner
                vs.                          No. C-08-1393-VRW
10                                              (To be supplied by the Clerk of the Court)
                                             Petitioners submission for Rehearing of
11 Robert L. Ayers Warden                    above numbered case
   Respondent

12

13 Petitioner submits this 'Petition for rehearing' (PFR).
14 This court can indeed issue legally accepted rulings regarding writs,
15 Petitions submitted to this court regardless of jurisdiction if the
16 U.S. supreme court requests nothing more than a lower courts ruling
17 and does not specify 'which' lower court.
18
19 It is also observed that this court improperly "dismissed" this suit.
20 By this courts own words it had/has "no authority" to take any
21 position regarding my "requests" one way or the other.
22 While this court has authority to 'deny' my "suit" review, it can not
23 'Dismiss' my 'suit' unless it "accepts" the underlying case within its
24 venue. That being my 'federal habeas'.
25 That said, I believe this court must - as a matter of law reopen this
26 case and restate its grounds for dismissal.
27 I believe that in accordance with 28 U.S.C. §1391(e) this
28 court had/has only 3 choices: 1- Deny my request to have

5-28-08                    1 . F 2

1  my 'suit' addressed by this court on the grounds of "improper
2  venue", and return all documents to me. or 2- Deny
3  my 'suit' due to "improper venue" and transfer the
4  the "action" to the court of "central district court senior
5  judge William Duffy Keller" CV 96-0351-WDK.
6  or 3- accept my 'suit' and address its issues to my
7  satisfaction.
8  I believe it's too late to deny the 'suit' and return the
9  documents to me.
10 And I believe it's Fifty, Fifty as to wether this
11 court can rule on the - or at least 'some' of the issues
12 raised in the suit.
13 Ultimately, I believe this court has no choice but to re-
14 open this case - C-08-1393-VRW - reclassify it as
15 a "denial" of my "request for intervention" due to "im-
16 proper venue" and order the action and all documents,
17 attachments, exhibits, and pending motions - the last one
18 having been filed may 21, 2008, - transferred to the
19 central district court of california, CV 96-0351-WDK.
20
21 For the above reasons I petition for rehearing.
22
23 I swear under penalty of perjury the forgoing is true and
24 correct and will testify to it in a court of law.
25 signed at
26 San Quentin state prison          William Kirkpatrick [signature]
27 on may 28, 2008                   William Kirkpatrick Jr
28                                   CDC # C-91406

P 2 of 2



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 2008

William Kirkpatrick Jr.
P.O. box C-91406
San Quentin Cal. 94974

OFFICE OF the clerk
Northern District of California
one Gate ave
S.F. Cal. 94102
# CV 08-1393-VRW

[Legal Mail confidential]