IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KIRKPATRICK, JR, ) | |
| ) | |
| Petitioner, ) | No C 08-1393 VRW (PR) |
| ) | |
| vs ) | ORDER |
| ) | |
| ROBERT L AYERS, JR., ) | (Docket # 9) |
| ) | |
| Respondent(s). ) | |

    William Kirkpatrick, Jr's petition for rehearing (docket # 9) is construed as a motion for reconsideration of the court's May 23, 2008 order of dismissal and DENIED for lack of merit. See <u>Twentieth Century - Fox Film Corp v Dunnahoo</u>, 637 F2d 1338, 1341 (9th Cir 1981) (motions for reconsideration are not a substitute for appeal or a means of attacking some perceived error of the court).

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.08\Kirkpatrick, W1.or2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KIRKPATRICK,

          Petitioner,

v.

AYERS et al,

          Respondent.

Case Number: C08-1393 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Kirkpatrick C-91406
San Quentin Prison
San Quentin, CA 94964

Dated: June 30, 2008

          Richard W. Wieking, Clerk
          By: Cora Klein, Deputy Clerk

          *Cora Klein*