MC-275

Name __William Kirkpatrick Jr.__

Address __P.O. Box C-91406__

__San Quentin Cal. 94974__

_____

CDC or ID Number __C-91406__

__U.S. court of appeals__

__for the 9th circuit__

(Court)

| | |
|---|---|
| WILLIAM KIRKPATRICK, JR., | |
| Petitioner | No. _____ |
| vs. | (To be supplied by the Clerk of the Court) |
| Robert L. Ayers - warden | |
| Respondent | |

~~PETITION FOR WRIT OF HABEAS CORPUS~~

Notice of empuct of misconduct or motion to compel - Supplement.
Notice of N. dist. courts ruling - Final notice of submission of document.

I, William Kirkpatrick Jr notify the court of the northern district courts final ruling regarding my "petition for rehearing" - (PFR) - in the matter / case # CV08-1393-VRW. It was denied.

I got the final notice on July 2, 08 but could not make a copy, not here at san quentin, so I sent it to FPD chief investigator Ms. Monica Giner which been sending me letters swearing she wants to help me. I sent N. dist ct's denial to that lying bitch on July 6 2008 - I've been waiting - FOR NOTHING !!!

Vaughn Walker denied my PFR on the claim - with citation that a PFR is not an appellate action - BFD! So, I let you know this way - within the 30 day limit! Yes?

Also I submit a fresh copy of my waiver dated 5-21-08

1  everyone has a copy of it now - even the U.S supreme

2  court.

3  I ask this court to accept it with my June 12 '08 writ

4  that had the N.dist courts preliminary' denial attached.

5  I remind this court that in its march 11 08 denial of my

6  PFR in case # 07-70787 you wrote " without pre-

7  judice to refiling at a later date" Consider it 're-

8  filed"

9

10

11

12  I swear under penalty of perjury the foregoing is true

13  and correct and will testify to it in a court of law

14

15  signed at San Quentin prison

16      On July 30 08

17  w. attornate                          *William Kirkpatrick*

18                                     William Kirkpatrick Jr

19                                     CDCR # C-91406

20

21

22

23

24

25

26

27

28

1. 5-21-08        Declaration of William Kirkpatrick Jr
2. I, William Kirkpatrick Jr., swear,
3. I am the petitioner in Kirkpatrick v. Warden of San
4. quentin state prison.
5. I have been on death row for 24 years.
6. I am the victim of a jew supremest white raslst conspi-
7. racy.
8. At this time I retract my previously submitted waiver-on
9. "provision".
10. I do not wish to waive my federal habeas corpus or my right
11. to federal habeas review.
12. This only on the "provision" that I am allowed to represent
13. myself.
14. It is against my islamic beliefs to allow any jews or
15. whites to advocate for me.
16. I would rather die first.
17. I would like to litigate my petition in an honorable court.
18. I would like an honorable court to address the merits
19. of my habeas claims.
20. I swear under penalty of perjury the fongoing is true
21. and correct and will testify to it in a court of law.
22. 
23. Signed on may 21, 2008
24. at san quentin state prison          Will Kirkpatrick Jr
25.       San quentin cal 94964          William Kirkpatrick Jr.
26.                                      CDC# C-91406
27. 
28.